LISA J. CISNEROS (SBN 251473)
MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervernors
MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO,<br><br>Plaintiffs/Intervenors<br><br>vs.<br><br>MONTEREY GOURMET FOODS, INC., A Delaware Corporation,<br><br>Defendant | Case No.: C10-152-HRL<br><br>CORRECTED NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE<br><br>DATE: April 20, 2010<br>TIME: 10 a.m.<br>DEPT: 2<br><br>Honorable Howard R. Lloyd |

TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 20, 2010 at 10 a.m. in Department 2 or as soon thereafter as the matter may be heard, the aggrieved parties MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO will and now does move this Court under F.R.C.P. Rule 24(a) for leave to intervene into the above-referenced

action as party plaintiff/intervenor. The plaintiff/intervenor's motion shall be heard at the United States Courthouse, 280 South First Street, San Jose, CA, before the Honorable United States District Court Chief Magistrate Judge Howard R. Lloyd.

This motion is brought in order that the aggrieved party might assert the claims set forth in her proposed Complaint in Intervention, a copy of which is attached as Exhibit A to the accompanying Declaration of Lisa J. Cisneros. The grounds for the motion are:

I. Mrs. Perez, Mr. Soto, Mrs. Velasquez, and Mrs. Lucio must be permitted to intervene as a matter of right, because a federal statute confers the unconditional right to intervene in the action, and her motion to intervene is timely.

II. The application of Mrs. Perez, Mr. Soto, Mrs. Velasquez, and Mrs. Lucio is timely because she has sought to intervene at a very early stage in the proceedings, and Defendant Monterey Gourmet Foods, Inc. is not prejudiced by her intervention at this time.

This motion is based on the Memorandum of Points and Authorities, the attached Complaint in Intervention, the Declaration of Lisa Cisneros, and the Complaint filed by the Equal Employment Opportunity Commission on January 12, 2010.

Respectfully submitted,

DATED: March 11, 2010    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: _____
Lisa J. Cisneros
Attorney for Plaintiffs/Intervenors

# EXHIBIT A

LISA J. CISNEROS (SBN 251473)
MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervernors
MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO,<br><br>Plaintiffs/Intervenors<br><br>vs.<br><br>MONTEREY GOURMET FOODS, INC., A Delaware Corporation,<br><br>Defendant | Case No.: C10-152-HRL<br><br>DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS/INTERVENORS' NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE<br><br>DATE: April 20, 2010<br>TIME: 10:00 am<br>DEPT: 2<br><br>Honorable Howard R. Lloyd |

I, Lisa J. Cisneros, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, State Bar Number 251473. I represent Plaintiffs/Intervenors Maria Dolores Perez, Manuel Soto, Juanita Velasquez, and Maria Isabel Lucio in the above-titled matter. I submit this

EEOC v. Monterey Gourmet Foods, Inc.
Declaration of Lisa J. Cisneros in Support of
Motion for Leave to Intervene                    1

declaration as Plaintiffs/Intervenors attorney. I base this declaration on my personal knowledge, and I am prepared to testify as to the matters contained herein.

2. On or about January 12, 2010, the Equal Employment Opportunity Commission filed its Complaint in the above-captioned matter. No initial discovery has been exchanged, no discovery has been propounded, and the first case management conference has not occurred.

3. Attached hereto as Exhibit "A" is a copy of the proposed Complaint that Plaintiffs/Invervenors request to file with this Court.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

DATED: March 11, 2010    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: _____
Lisa J. Cisneros
Attorney for Plaintiffs/Intervenors

EEOC v. Monterey Gourmet Foods, Inc.
Declaration of Lisa J. Cisneros in Support of
Motion for Leave to Intervene                                    2