*E-FILED 03-30-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONTEREY GOURMET FOODS, INC.,<br><br>Defendant. | No. C10-0152-HRL<br><br>[~~PROPOSED~~]<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**(MODIFIED BY THE COURT)** |

The parties, through their counsel, hereby stipulate as follows, and good cause appearing, the court orders as follows:

**STIPULATION AND ORDER**

The initial Case Management Conference is presently scheduled for April 13, 2010. However, in or about March 2010, a Motion for Leave to Intervene was filed and served that is set for hearing on April 20, 2010. Accordingly, to avoid duplicative effort by counsel for current parties as well as the Court, and to await participation in the initial Case Management Conference by new parties if the Court grants leave to intervene, it is stipulated that the initial Case Management Conference be continued until June 8, 2010 at 1:30 p.m.

SHAPIRO BUCHMAN
PROVINE LLP
ATTORNEYS AT LAW
WALNUT CREEK

223254.1
30053-088

(No. C10-0152-HRL)

STIP & ORDER RE: CONTINUANCE OF CMC

1  Dated: March 22, 2010                    **SHAPIRO BUCHMAN PROVINE LLP**

3                                            /s/ Rhonda D. Shelton
                                             RHONDA D. SHELTON
4                                            Attorneys for Defendant MONTEREY GOURMET
                                             FOODS, INC.

6  Dated: March 22, 2010                    **EQUAL EMPLOYMENT OPPORTUNITY
7                                            COMMISSION**

9                                            /s/ Debra A. Smith
                                             DEBRA A. SMITH
                                             Attorneys for Plaintiff EQUAL EMPLOYMENT
10                                           OPPORTUNITY COMMISSION

**IT IS SO ORDERED.**   No later than April 6, 2010, plaintiff shall either consent or decline to proceed before a magistrate judge.

Dated: March 30, 2010

_____
Magistrate Judge Howard R. Lloyd

SHAPIRO BUCHMAN
PROVINE LLP
ATTORNEYS AT LAW

223254.1
30053-088

-2-

(No. C10-0152-HRL)