1   WILLIAM R. TAMAYO SBN 084965
2   JONATHAN T. PECK SBN 12303 (VA)
    DEBRA A. SMITH SBN 147863 (debra.smith@eeoc.gov)
3   EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
4   San Francisco District Office
    350 The Embarcadero, Suite 500
5   San Francisco, California  94105
    Telephone: (415) 625-5653
6   Facsimile: (415) 625-5657

7
    Attorneys for Plaintiff EQUAL EMPLOYMENT
8   OPPORTUNITY COMMISSION

9   MICHAEL MEUTER SBN 161554 (mmeuter@crla.org)
    LISEL A. HOLDENRIED SBN 255305
10  (lholdenried@crla.org)
    DANIEL P. TORRES, JR. SBN 221396
11  (dtorres@crla.org)
    California Rural Legal Assistance, Inc.
12  3 Williams Road
    Salinas, California 93905
13  Telephone: (831) 757-5221
    Facsimile: (831) 757-6212
14

15  Attorneys for Plaintiffs/Intervenors
16  MARIA DOLORES PEREZ, MANUEL SOTO,
    JUANITA VELASQUEZ and MARIA ISABEL LUCIO
17

18  JACK C. PROVINE SBN 052090 (jcp@sbllp.com)
    RHONDA D. SHELTON SBN 154665 (rds@sbllp.com)
19  SHAPIRO BUCHMAN PROVINE BROTHERS SMITH
    LLP
20  1333 N. California Blvd., Suite 350
    Walnut Creek, CA 94596
21  Telephone: (925) 944-9700
    Facsimile: (925) 944-9701
22

23  Attorneys for Defendant
    MONTEREY GOURMET FOODS, INC.
24

25              UNITED STATES DISTRICT COURT

26             NORTHERN DISTRICT OF CALIFORNIA

27

28

---

| | |
|---|---|
| 1 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. C10-00152 LHK |
| 2 | Plaintiff, | STIPULATION FOR RELIEF UNDER A.D.R. L.R. 6-5 AND ~~PROPOSED~~ ORDER |
| 3 | MARIA DELORES PEREZ, MANUEL SOTO, | |
| 4 | JUANITA VELASQUEZ and MARIA ISABEL LUCIO, | The Honorable Lucy H. Koh |
| 5 | Plaintiffs/Intervenors, | |
| 6 | | |
| 7 | v. | |
| 8 | MONTEREY GOURMET FOODS, INC., | |
| 9 | Defendant. | |
| 10 | | |

11    Counsel for all the parties report to this Court that they have met and conferred regarding

12  ADR. Pursuant to ADR L.R. 6-5, the parties submit this Stipulation and Proposed Order

13  requesting relief from the Court's December 1, 2010 Case Management Order requiring

14  mediation within 90 days.  By Order dated December 27, 2010, the parties were assigned to

15  Mediator Mark Petersen.  On January 11, 2011, the parties conferred by telephone with Mediator

16  Petersen and agreed that it would be useful to conduct additional discovery before the mediation.

17  The parties, with Mediator Petersen's concurrence, therefore stipulated to a mediation session on

18  March 16, 2011, which is outside of the 90-day deadline, to complete mediation set by the

19  Court's December 1, 2010 order.  Accordingly, the parties, by and through their counsel below,

20  seek and stipulate to an extension of time and request a new deadline of March 16, 2011 by which

21  their mediation session will be held. A proposed order is attached to this Stipulation to obtain this

22  extension.

23

24  **E-filing certification:** I,  Lisel Holdenried, certify that I have obtained the concurrence of  Daniel

25  P. Torres, Jr., counsel for Plaintiffs/Intervenors, Debra A. Smith, counsel for Plaintiff Equal

26  Employment Opportunity Commission, and Rhonda D. Shelton, counsel for Defendant, for the

27  filing of this Joint Stipulation and Proposed Order.

28

1

2    DATED: 01/11/2011                 SHAPIRO BUCHMAN PROVINE, LLP

3                                      By:   /S/     Rhonda D. Shelton
                                             RHONDA D. SHELTON
4
                                      Attorneys for Defendant
5                                     MONTEREY GOURMET FOODS, INC.

6    DATED: 01/11/2011                 EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION
7
8                                      By:   /S/     Debra A. Smith
                                             DEBRA A. SMITH
9
10                                     Attorney for Plaintiff EEOC

11   DATED: 01/11/2011                 CALIFORNIA RURAL LEGAL ASSISTANCE

12                                     By:   /S/
                                             LISEL HOLDENRIED
13
                                       Attorney for Plaintiff/Intervenors
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

2

3

4
Pursuant to the Stipulation Above,  and without effect upon any other deadline in the case,

5

6
IT IS SO ORDERED.

7

8
DATE:_____     _Lucy H. Koh_____

9
LUCY J. KOH
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-