UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL., <br><br> Plaintiffs, <br> v. <br><br> MONTEREY GOURMET FOODS, INC., <br><br> Defendant. | Case No.: 10-CV-00152-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 13, 2011 <br><br> (re: dkt. #52) |

On March 21, 2011, the parties filed a notice of settlement, representing to the Court that they have "signed an enforceable term sheet MOU and are currently finalizing the details" of the settlement. *See* Dkt. #52. The parties anticipate finalizing the settlement "within the next two weeks," and request that the Court vacate the Case Management Conference currently set for Wednesday, March 30, 2011. The Court will not vacate the Case Management Conference until the parties have submitted a stipulation of dismissal with their settlement agreement. Based on the parties' representations that a finalized settlement is expected soon, however, the Court will continue the Case Management Conference to Wednesday, April 13, 2011 at 2:00 p.m. The deadline for the parties to file their stipulation of dismissal and settlement is Friday, April 1, 2011. Otherwise, the parties should file a joint Case Management Statement by April 6, 2011.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge