1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL., | ) ) ) | Case No.: 10-CV-00152-LHK |
|---|---|---|
| Plaintiffs, | ) ) | ORDER RE: PROPOSED CONSENT DECREE |
| v. | ) ) | (re: dkt. #57) |
| MONTEREY GOURMET FOODS, INC., | ) ) ) |  |
| Defendant. | ) |  |

16  On May 9, 2011, the parties submitted for the Court's approval a proposed Consent Decree. *See* Dkt. #57. The terms of the Consent Decree include monetary and injunctive relief, mandatory training, reports to the Equal Employment Opportunity Commission, and a two-year term of duration. In addition, the parties request that the Court retain jurisdiction to enforce compliance with the Consent Decree over the two-year duration. The parties represent that the case will be dismissed with prejudice *after* that two-year term, provided that there is compliance with the terms of the Consent Decree.

The Court is amenable to the terms of the Consent Decree, with one exception. The Court's preference is for the parties to file a stipulation of dismissal without prejudice subject to the Court's retention of jurisdiction to enforce the provisions of the Consent Decree for a period of two years. At the end of the two-year period, provided there is compliance with the terms of the Consent Decree, the parties may then seek dismissal with prejudice.

Accordingly, **on or before Wednesday, May 25, 2011**, the parties shall re-file the proposed Consent Decree with the above modification.

**IT IS SO ORDERED.**

Dated: May 18, 2011

_____
LUCY H. KOH
United States District Judge