UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL., | ) ) ) | Case No.: 10-CV-00152-LHK |
|---|---|---|
| Plaintiffs, v. | ) ) ) ) | ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION |
| MONTEREY GOURMET FOODS, INC., | ) ) | (re: dkt. #60) |
| Defendant. | ) | |

Pursuant to the parties' Joint Stipulation filed on May 20, 2011 [dkt. #60], the Court hereby dismisses this action without prejudice.   The Court, however, retains jurisdiction to enforce the provisions of the concurrently filed Consent Decree for a two-year period.  Provided that there is compliance with the terms of the Consent Decree, the parties will dismiss the case with prejudice at the end of the two-year term.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 24, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00152-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION