WILLIAM R. TAMAYO (SBN 084965)
JONATHAN T. PECK VA (SBN 12303)
DEBRA A. SMITH SBN (147863)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Tele. No. (415) 625-5651
Fax No. (415) 625-5657
*Attorneys for Plaintiff EEOC*

MICHAEL MEUTER SBN (161554)
LISEL A. HOLDENRIED SBN (255305)
DANIEL P. TORRES, JR. SBN (221396)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Tele. No. (831) 757-5221
Fax No. (831) 757-6212
*Attorneys for Plaintiffs/Intervenors*

MARK S. POSARD (SBN 208790)
JEROME SCHREIBSTEIN (SBN 154051)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900  Fax: (415) 986-8054
*Attorneys for Defendant*
MONTEREY GOURMET FOODS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> MARIA DOLORES PEREZ, MANUEL SOTO, JUANITA VELASQUEZ and MARIA ISABEL LUCIO, <br><br> Plaintiffs/Intervenors, <br> v. <br><br> MONTEREY GOURMET FOODS, INC., <br><br> Defendant. | Case No. C10-00152LHK <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION** |

- 1 -

## STIPULATION

It is hereby stipulated between Plaintiff, Equal Employment Opportunity Commission (EEOC), and Plaintiffs/Intervenors, Maria Perez, Manuel Soto, Juanita Velasquez, and Maria Isabel Lucio, on the one hand, and Defendant, Monterey Gourmet Foods, Inc. ("MGF"), on the other hand, through their respective counsel, as follows: the Consent Decree and Order (Docket # 61), having been substantially complied with by MGF, this matter should now be dismissed in its entirety with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 30, 2013    By: /s/ Jonathan T. Peck
WILLIAM R. TAMAYO
JONATHAN T. PECK
DEBRA A. SMITH
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*Attorneys for Plaintiff EEOC*

DATED: August 30, 2013    By: /s/ Michael Meuter
MICHAEL MEUTR
LISEL A. HOLDENRIED
DAIEL P. TORRES, JR.
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
*Attorneys for Plaintiffs/Intervenors Perez, Soto, Velasquez and Lucio*

DATED: August 30, 2013    BY: /s/ Jerome Schreibstein
JEROME SCHREIBSTEIN
GORDON & REES LLP
*Attorneys for Defendant Monterey Gourmet Foods, Inc.*

1  **<u>ORDER</u>**

2  PURSUANT TO STIPULATION, AND GOOD CAUSE OTHERWISE APPEARING,

3  IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS HEREBY DISMISSED WITH

4  PREJUDICE, ALL PARTIES TO BEAR THEIR OWN COSTS AND ATTORNEYS' FEES.

5  Dated: February 14, 2014                    *Lucy H. Koh*

6                                              Hon. Lucy H. Koh
                                                United States District Court Judge